**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AMAYA RASHEED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-CV-00274-GKF-CDL |
| | ) |
| TEEN CHALLENGE OF | ) |
| OKLAHOMA, INC., | ) |
| MICHAEL LOKEY, | ) |
| DEBORAH SHECKLES, | ) |
| BRITTANY VIRTUE, | ) |
| RACHEL NICHOLSON, | ) |
| JOHN DOE and JANE DOE, | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Pursuant to the Federal Rules of Civil Procedure, plaintiff must serve defendant "within 90 days after the complaint is filed." Fed. R. Civ. P. 4(m). Plaintiff Amaya Rasheed filed the Complaint in this case on July 6, 2021. To date, plaintiff has not filed a return of service indicating that defendants Teen Challenge of Oklahoma, Inc., Michael Lokey, Deborah Sheckles, Brittany Virtue, Rachel Nicholson, John Doe, and Jane Doe have been served. Plaintiff has, therefore, failed to timely serve defendants under Fed. R. Civ. P. 4(m).

Within fourteen (14) days from the date this Order is filed, or by October 19, 2021, plaintiff Amaya Rasheed shall file returns of service showing defendants were properly served or show good cause for her failure to serve defendants, or her claims against defendants Teen Challenge of Oklahoma, Inc., Michael Lokey, Deborah Sheckles, Brittany Virtue, Rachel Nicholson, John Doe, and Jane Doe will be dismissed without prejudice.

- 2 -

IT IS SO ORDERED this 5th day of October, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE