# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMAYA RASHEED, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 21-CV-00274-GKF-CDL<br>) |
| TEEN CHALLENGE OF<br>OKLAHOMA, INC.,<br>MICHAEL LOKEY,<br>DEBORAH SHECKLES,<br>BRITTANY VIRTUE,<br>RACHEL NICHOLSON,<br>JOHN DOE and JANE DOE, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

On October 5, 2021, the court directed plaintiff Amaya Rasheed to serve Summons upon defendants Teen Challenge of Oklahoma, Inc., Michael Lokey, Deborah Sheckles, Brittany Virtue, Rachel Nicholson, John Doe, and Jane Doe in the manner prescribed by Federal Rule of Civil Procedure 4, and file with the court a return of service by October 19, 2021. The court advised that failure to do so would result in dismissal of this case without prejudice. *See* [Doc. 3]. Plaintiff failed to file a return of service by October 19, 2021. Accordingly, plaintiff's claims are dismissed without prejudice, and the Court Clerk is directed to terminate this matter.

IT IS SO ORDERED this 20th day of October, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE