## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMAYA RASHEED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-CV-00274-GKF-CDL |
| | ) | |
| TEEN CHALLENGE OF | ) | |
| OKLAHOMA, INC., | ) | |
| MICHAEL LOKEY, | ) | |
| DEBORAH SHECKLES, | ) | |
| BRITTANY VIRTUE, | ) | |
| RACHEL NICHOLSON, | ) | |
| JOHN DOE and JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT OF DISMISSAL

Pursuant to the court's Order dated October 20, 2021, dismissing plaintiff Amaya Rasheed's claims, it is hereby ordered, adjudged, and decreed that this case is dismissed without prejudice.

ENTERED in Tulsa, Oklahoma this 20th day of October, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE